**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **RONALD EARLE RUSHIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:16-cv-219(MTT-MSH)** |
| ) | |
| **Lieutenant BURCH,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Magistrate Judge Stephen Hyles has entered an order and recommendation screening the Plaintiff's amended complaint (Docs. 1; 6) pursuant to 28 U.S.C. § 1915A. (Doc. 9).  The Magistrate Judge discovered numerous cases filed by the Plaintiff in the Northern District of Georgia, at least three of which have been dismissed as frivolous, malicious, or as failing to state a claim.  (*Id.* at 2).  The Plaintiff falsely stated in his complaint that he had not filed any such prior actions.  The Magistrate Judge recommends dismissal pursuant to the "three strikes provision" (28 U.S.C. § 1915(g)) and as a sanction for the Plaintiff's falsification of his complaint.  (*Id.* at 7).  The Plaintiff has not objected to the Recommendation.

After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the Plaintiff's motion to proceed *in forma pauperis* (Doc. 7) is **DENIED**; the Plaintiff's complaint is **DISMISSED** without prejudice under 28 U.S.C. § 1915(g) and as a sanction for failing to disclose his litigation history; and the Plaintiff's motion for injunctive relief (Doc. 4) is **DENIED** as moot.

**SO ORDERED,** this 8th day of November, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT